**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-7280**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JACK DARRELL CUNNINGHAM,

Defendant - Appellant.

─────────────

**No. 01-7282**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JACK DARRELL CUNNINGHAM,

Defendant - Appellant.

─────────────

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, District Judge.
(CR-96-178-S, CA-01-1988-S)

─────────────

Submitted:  October 10, 2001        Decided:  October 23, 2001

─────────────

Before WILKINS, MICHAEL, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Jack Darrell Cunningham, Appellant Pro Se. Lynne Ann Battaglia, James G. Warwick, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jack Darrell Cunningham seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001) (No. 01-7280) and his motion for reconsideration under Fed. R. Civ. P. 60(b) (No. 01-7282). We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny certificates of appealability and dismiss both appeals on the reasoning of the district court. See United States v. Cunningham, Nos. CR-178-S; CA-01-1988-S (D. Md. July 9 and July 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED